IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TINA YEAGLEY, Individually and as personal representative of the Estate of Betty Waltermeyer, et al.,** : <br> : <br> **Plaintiffs** : <br> : <br> v. : <br> : <br> **DANIEL KISEL, et al.** : <br> : <br> **Defendants** : | CIVIL ACTION NO. 1:06-CV-2163 <br><br> (Judge Conner) |

## ORDER

AND NOW, this 9th day of December, 2008, upon consideration of plaintiffs' motion (Doc. 32) to reopen and enforce settlement, and it appearing that plaintiffs have averred that the parties reached a settlement agreement on September 29, 2008, but that defendants have thus far failed to fulfill their obligations under that agreement, it is hereby ORDERED that:

1. On or before December 16, 2008, defendants shall file a response to plaintiffs' motion (Doc. 32) to reopen, indicating whether plaintiffs' averments accurately reflect their recent course of conduct in the above-captioned matter. Defendants shall also explain whether or not they intend to abide by the terms of the agreement allegedly approved by the parties on September 29, 2008 and, if so, when such compliance will be forthcoming.

2. Subsequent to its receipt of defendants' response, the court may order further briefing, or take any other action that it deems appropriate under the circumstances.

                                               S/ Christopher C. Conner
                                               CHRISTOPHER C. CONNER
                                               United States District Judge